No. 326, Misc.   HILL v. GENTRY, CORRECTIONAL OF-FICER.   C. A. 8th Cir.   Certiorari denied.   ▇▇▇▇▇▇▇

No. 331, Misc.   ODELL v. BURKE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 334, Misc.   STONE v. WILKINS, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 337, Misc.   JACKSON v. McGEE, CORRECTIONS DI-RECTOR, ET AL.   Supreme Court of California.   Certiorari denied.

No. 338, Misc.   SPADER v. WILENTZ, COUNTY PROSE-CUTOR, ET AL.   C. A. 3d Cir.   Certiorari denied.   ▇▇▇▇▇▇▇

No. 352, Misc.   JONES v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 358, Misc.   FITZSIMMONS v. NEW. JERSEY.   Su-preme Court of New Jersey.   Certiorari denied. Petitioner *pro se*.   *John G. Thevos* for respondent.

No. 363, Misc.   HUGHES v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 364, Misc.   GENCARELLI v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 381, Misc.   YANKOVICH v. BANNAN, WARDEN. C. A. 6th Cir.   Certiorari denied.   ▇▇▇▇▇▇▇